```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                      Case No. 17-00531-RNO
Michael Gwynn, Jr.                                          Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRatchfor          Page 1 of 2          Date Rcvd: Mar 28, 2017
                             Form ID: ntcnfhrg        Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
```
db             +Michael Gwynn, Jr.,    1645 Rosebrook Drive,    York, PA 17402-8541
4883095         Bureau of Account Management,     3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
4883097        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank,    15000 Capital One Drive,
                 Richmond, VA 23238-1119)
4883099        +CRD PRT Associates,    13355 Noel Road,    Dallas, TX 75240-6837
4883582        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4883100        +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
4883104        +Excelerate, LLC,    8416 North County Road 650 East,    Brownsburg, IN 46112-9298
4883106        +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
4883107        +KML Law Group PC,    Suite 5000 BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
4883108        +Moose Crossing Mini Storage,    PO Box 1555,    Blakeslee, PA 18610-1555
4883110        +Onemain Financial,    PO Box 1010,    Evansville, IN 47706-1010
4883111        +State of Maryland,    Central Collection Unit,    300 West Preston Street, Suite 503,
                 Baltimore, MD 21201-2308
4883112         Wells Fargo Bank,    Credit Bureau Dispute Resolutions,    Des Moines, IA 50306
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4883094        +E-mail/Text: banko@berkscredit.com Mar 28 2017 18:58:55      Berks Credit and Collection,
                 PO Box 329,    Temple, PA 19560-0329
4885245        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2017 18:50:47
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
4883096        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 28 2017 18:50:40
                 Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
4884799        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2017 18:50:40
                 Capital One Auto Finance,,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
4883098        +E-mail/Text: bankruptcydesk@colonialsavings.com Mar 28 2017 18:59:13
                 Colonial Savings and Loan,    2600 West Fwy,    Fort Worth, TX 76102-7109
4883101        +E-mail/Text: creditonebknotifications@resurgent.com Mar 28 2017 18:58:47      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
4883102         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2017 18:59:01      Department of Revenue,
                 Attn: Bankruptcy Division,    PO Box 280496,    Harrisburg, PA 17128-0946
4883103         E-mail/Text: DMCCO.VBASPL@va.gov Mar 28 2017 18:59:24      Department of Veterans Affairs,
                 Bishop Henry Whipple Federal Bldg,    PO Box 11930,    Saint Paul, MN 55111-0930
4883109        +E-mail/Text: bankruptcydepartment@tsico.com Mar 28 2017 18:59:21      NCO Fin/99,    PO Box 15636,
                 Wilmington, DE 19850-5636
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr*            +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
4883105*       +Excelerate, LLC,    8416 North County Road 650 East,    Brownsburg, IN 46112-9298
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com
        Paul Donald Murphy-Ahles   on behalf of Debtor Michael Gwynn, Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 4

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael Gwynn Jr.
Debtor(s)

Chapter 13

Case No. 1:17−bk−00531−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 26, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 3, 2017<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRatchford |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 28, 2017 |