IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Gwynn Jr.<br>    <u>Debtor</u><br><br>COLONIAL SAVINGS F.A., its successors and/or assigns<br>    <u>Moving Party</u><br>vs.<br>Michael Gwynn Jr.<br>    <u>Debtor</u><br><br>Charles J. DeHart, III Esq.<br>    <u>Trustee</u> | CHAPTER 13<br><br><br>NO. 17-00531 RNO<br><br><br>11 U.S.C. Section 362 |

**PRAECIPE TO WITHDRAW WITH CONCURRENCE**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Notice of Mortgage Payment Change of COLONIAL SAVINGS F.A., its successors and/or assigns, which was filed with the Court on or about **April 10, 2017**.

                          Respectfully submitted,

                          **/s/ Thomas I. Puleo, Esquire**
                          Thomas I. Puleo, Esquire
                          Attorney for Movant/Applicant

June 13, 2017