```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00531-RNO
Michael Gwynn, Jr.                                              Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: PRatchfor            Page 1 of 1            Date Rcvd: Aug 09, 2017
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db             +Michael Gwynn, Jr.,    1645 Rosebrook Drive,    York, PA 17402-8541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Michael  Gwynn, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com;r49534@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor    COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br>MICHAEL GWYNN, JR.<br>**Debtor(s)** | Case No.: 1:17-00531 (RNO) |
| CREDIT ACCEPTANCE CORPORATION<br>**Movant** | Chapter 13 |
| v. | Docket No.<br>11 U.S.C. 362 |
| MICHAEL GWYNN, JR.<br>**Respondent(s)** | |
| CHARLES J. DEHART, III<br>**Trustee** | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2007 BMW X3** bearing vehicle identification number WBXPC93427WF15636 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

By the Court,

Dated: August 9, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)