IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL GWYNN, JR., | ) | |
| | ) | |
|        Debtor | ) | |
| | ) | |
| | ) | CASE NO.: 1:17-bk-00531-HWV |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE N.A., | ) | **Nature of Proceeding:** |
|        Movant | ) | Motion for Relief from |
|     vs. | ) | Automatic Stay |
| | ) | |
| MICHAEL GWYNN, JR., | ) | |
| | ) | |
|        Respondent | ) | |
|     and | ) | |
| CHARLES J. DEHART, III | ) | |
|        Trustee | ) | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

___ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

_X_ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

      _X_ Thirty (30) days.

      ___ Forty-five (45) days.

      ___ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy

of this request upon all counsel participating in this proceeding.

Dated: January 22, 2018            /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for Capital One Auto Finance,
A Division of Capital One N.A.