```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                         Case No. 17-00531-HWV
Michael Gwynn, Jr.                                             Chapter 13
          Debtor                CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: PRatchfor          Page 1 of 1              Date Rcvd: Feb 15, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4906149         E-mail/PDF: cbp@onemainfinancial.com Feb 15 2018 18:55:33      OneMain,   P.O. Box 3251,
                 Evansville, IN. 47731-3251
                                                                                                TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Michael  Gwynn, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00531-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Gwynn, Jr.
1645 Rosebrook Drive
York PA 17402

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/14/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: OneMain, P.O. Box 3251, Evansville, IN. 47731-3251

Name and Address of Transferee:

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541
PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/17/18

Terrence S. Miller
**CLERK OF THE COURT**