IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL GWYNN, JR., | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | CASE NO.: 1:17-bk-00531-HWV |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE N.A., | ) | **LOCATION:** |
| Movant | ) | U.S. Bankruptcy Court |
| vs. | ) | Middle District of Pennsylvania |
| | ) | Ronald Reagan Federal Building |
| | ) | 228 Walnut Street |
| | ) | Harrisburg, PA 17101 |
| MICHAEL GWYNN, JR., | ) | |
| | ) | |
| | ) | |
| Respondent | ) | |
| and | ) | |
| CHARLES J. DEHART, III | ) | |
| Trustee | ) | |

## CERTIFICATE OF SERVICE

I certify that on February 21, 2018, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available otherwise by regular first class mail:

**DEBTOR**
Michael Gwynn, Jr.
1645 Rosebrook Drive
York, PA 17402

**DEBTORS' COUNSEL**
Paul Donald Murphy- Ahles, Esquire
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

**CHAPTER 13 TRUSTEE**
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**UNITED STATES TRUSTEE:**
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                                            /s/ Jason Brett Schwartz
                                            Jason Brett Schwartz, Esquire