In re:  
Michael Gwynn, Jr.  
    Debtor

Case No. 17-00531-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Apr 20, 2021     Form ID: ntpasnh     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Gwynn, Jr., 1645 Rosebrook Drive, York, PA 17402-8541 |
| 4883095 | | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 4883099 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, CRD PRT Associates, 13355 Noel Road, Dallas, TX 75240 |
| 4883106 | + | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 4883107 | + | KML Law Group PC, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4883108 | + | Moose Crossing Mini Storage, PO Box 1555, Blakeslee, PA 18610-1555 |
| 4883111 | + | State of Maryland, Central Collection Unit, 300 West Preston Street, Suite 503, Baltimore, MD 21201-2308 |
| 4883112 | | Wells Fargo Bank, Credit Bureau Dispute Resolutions, Des Moines, IA 50306 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2021 18:45:00 | Credit Acceptance Corporation, 25505 WEST TWELVE MILE ROAD, SOUTHFIELD, MI 48037 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 20 2021 19:02:53 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 20 2021 19:02:34 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 20 2021 19:02:34 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| 4883094 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 20 2021 18:46:00 | Berks Credit and Collection, PO Box 329, Temple, PA 19560-0329 |
| 4883097 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 20 2021 19:02:33 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 4934473 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 20 2021 18:46:00 | COLONIAL SAVINGS F.A., Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 4884799 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 20 2021 19:02:53 | Capital One Auto Finance, c/o AIS Portfolio Services LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4883096 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Apr 20 2021 19:02:35 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 4885245 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 20 2021 19:32:04 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept. APS, Oklahoma City, OK 73118-7901 |
| 5169875 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 20 2021 19:03:09 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 4883098 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 20 2021 18:46:00 | Colonial Savings and Loan, 2600 West Fwy, Fort Worth, TX 76102-7109 |
| 4883100 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2021 18:45:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 4883582 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2021 18:45:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 4883101 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 20 2021 19:02:33 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4883102 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2021 18:46:00 | Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 4883103 | | Email/Text: DMCCO.VBASPL@va.gov | Apr 20 2021 18:46:00 | Department of Veterans Affairs, Bishop Henry Whipple Federal Bldg, PO Box 11930, Saint Paul, MN 55111-0930 |
| 4907753 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2021 19:02:36 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4883109 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 20 2021 18:46:00 | NCO Fin/99, PO Box 15636, Wilmington, DE 19850-5636 |
| 4906149 | | Email/PDF: cbp@onemainfinancial.com | Apr 20 2021 19:03:05 | OneMain, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 4883110 | + | Email/PDF: cbp@onemainfinancial.com | Apr 20 2021 19:02:29 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 4936972 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2021 19:02:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5023090 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2021 19:02:54 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5023091 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2021 19:02:54 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541, PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4883105 | *+ | Excelerate, LLC, 8416 North County Road 650 East, Brownsburg, IN 46112-9298 |
| 4883104 | ##+ | Excelerate, LLC, 8416 North County Road 650 East, Brownsburg, IN 46112-9298 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2021             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Capital One Auto Finance bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance JSchwartz@mesterschwartz.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael Gwynn Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com |
| Thomas I Puleo | on behalf of Creditor COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Gwynn Jr.

**Debtor 1**

Chapter: 13

Case number: 1:17−bk−00531−HWV

Document Number: 64

Matter: Motion for Mortgage Modification

Colonial Savings, F.A.
**Movant(s)**

vs.

Michael Gwynn Jr. and Charles J. DeHart, III, Trustee
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **May 11, 2021**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 20, 2021 |

ntpasnh(05/18)

Case 1:17-bk-00531-HWV    Doc 66    Filed 04/22/21    Entered 04/23/21 00:34:49    Desc
Imaged Certificate of Notice    Page 4 of 4