United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Michael Gwynn, Jr.  
    Debtor

Case No. 17-00531-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 28, 2021      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michael Gwynn, Jr., 1645 Rosebrook Drive, York, PA 17402-8541 |
| 4883095 | | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 4883099 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, CRD PRT Associates, 13355 Noel Road, Dallas, TX 75240 |
| 4883104 | + | Excelerate, LLC, 8416 North County Road 650 East, Brownsburg, IN 46112-9298 |
| 4883107 | + | KML Law Group PC, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4883108 | + | Moose Crossing Mini Storage, PO Box 1555, Blakeslee, PA 18610-1555 |
| 4883111 | + | State of Maryland, Central Collection Unit, 300 West Preston Street, Suite 503, Baltimore, MD 21201-2308 |
| 4883112 | | Wells Fargo Bank, Credit Bureau Dispute Resolutions, Des Moines, IA 50306 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2021 18:36:00 | Credit Acceptance Corporation, 25505 WEST TWELVE MILE ROAD, SOUTHFIELD, MI 48037 |
| cr | + | EDI: AISACG.COM | Oct 28 2021 22:43:00 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | EDI: AISACG.COM | Oct 28 2021 22:43:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: AISACG.COM | Oct 28 2021 22:43:00 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| 4883094 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 28 2021 18:36:00 | Berks Credit and Collection, PO Box 329, Temple, PA 19560-0329 |
| 4883097 | | EDI: CAPITALONE.COM | Oct 28 2021 22:43:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 4934473 | + | Email/Text: bankruptcydesk@colonialsavings.com | Oct 28 2021 18:36:00 | COLONIAL SAVINGS F.A., Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 4884799 | + | EDI: AISACG.COM | Oct 28 2021 22:43:00 | Capital One Auto Finance, c/o AIS Portfolio Services LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4883096 | + | EDI: CAPONEAUTO.COM | Oct 28 2021 22:43:00 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 4885245 | + | EDI: AIS.COM | Oct 28 2021 22:43:00 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5169875 | + | EDI: AISACG.COM | Oct 28 2021 22:43:00 | Capital One Auto Finance, a division of Capital |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | On, P.O. Box 4360, Houston, TX 77210-4360 |
| 4883098 | + | Email/Text: bankruptcydesk@colonialsavings.com | Oct 28 2021 18:36:00 | Colonial Savings and Loan, 2600 West Fwy, Fort Worth, TX 76102-7109 |
| 4883100 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2021 18:36:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 4883582 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2021 18:36:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 4883101 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2021 18:37:09 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4883102 | | EDI: PENNDEPTREV | Oct 28 2021 22:43:00 | Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 4883102 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2021 18:36:00 | Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 4883103 | | Email/Text: DMCCO.VBASPL@va.gov | Oct 28 2021 18:36:00 | Department of Veterans Affairs, Bishop Henry Whipple Federal Bldg, PO Box 11930, Saint Paul, MN 55111-0930 |
| 4883106 | + | EDI: AMINFOFP.COM | Oct 28 2021 22:43:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 4907753 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2021 18:37:05 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4883109 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 28 2021 18:36:00 | NCO Fin/99, PO Box 15636, Wilmington, DE 19850-5636 |
| 4906149 | | EDI: AGFINANCE.COM | Oct 28 2021 22:43:00 | OneMain, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 4883110 | + | EDI: AGFINANCE.COM | Oct 28 2021 22:43:00 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 4936972 | | EDI: PRA.COM | Oct 28 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5023090 | + | EDI: PRA.COM | Oct 28 2021 22:43:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5023091 | + | EDI: PRA.COM | Oct 28 2021 22:43:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541, PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4883105 | *+ | Excelerate, LLC, 8416 North County Road 650 East, Brownsburg, IN 46112-9298 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Capital One Auto Finance bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance JSchwartz@mesterschwartz.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael Gwynn Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com |
| Thomas I Puleo | on behalf of Creditor COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Michael Gwynn Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4662<br>EIN  _ _–_ _ _ _ _ _ _ |
| **Debtor 2**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–00531–HWV | |

# Order of Discharge                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Gwynn Jr.

10/28/21

**By the court:**  _[signature]_

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**